BARBARA SCHRADER *v.* UNITED SERVICE
AUTOMOBILE ASSOCIATION
(9497)

NORCOTT, HEIMAN and CRETELLA, Js.
Argued March 25—decision released April 16, 1991

*Mary-Margaret Dalton,* for the appellant (plaintiff).
*Earl F. Dewey II,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.